

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00207-CR

Ulysses Abraham **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5868
Honorable Lori I. Valenzuela, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on May 22, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court